# GLENS COMMERCIAL CORP.
## (PANAMA)

Dynamic Industries International L.L.C.
600 Jefferson Street, Suite 1400
Lafayette
LA 70501
United States of America

Date:   18th January 2016

### INVOICE No 16337/GC

In respect of the revenue booked on the Contract, CVX Nemba Angola Project, 3% (Three Per Cent) Commission is now due to Glens Commercial Corp.

| Amount in Words: | Amount US$: |
|---|---|
| Seven Hundred and Fifty Thousand US Dollars | 750,000.00 |

Payable to:

| | |
|---|---|
| Bank | PKB Privatbank |
| Place | Via S Balestra 1<br>CH-6900-Lugano, Switzerland |
| Beneficiary | Glens Commercial Corp., Panama |
| IBAN | CH84 0866 3116 1026 0000 1 |
| BIC | PKBSCH2269A |

Terms of Payment:   30 Days

For and on Behalf of Glens Commercial Corp.

Avv. G. Colombo

Branch Office: Via Trevano 49, CH-6904, Lugano

Registered Office: Via General Nicanor A. de Obarrio (Calle 50) – Panama 5, RdP

Exhibit "2" - Page 1

# GLENS COMMERCIAL CORP.
## (PANAMA)

7

Dynamic Industries International L.L.C.
600 Jefferson Street, Suite 1400
Lafayette
LA 70501                                         Date:   7TH December 2015
United States of America

## INVOICE No 15305/GC

In respect of the revenue booked on the Contract, CVX Nemba Angola Project, 3% (Three Per Cent) Commission is now due to Glens Commercial Corp.

| Amount in Words: | Amount US$: |
|---|---|
| One Million, Two Hundred Thousand US Dollars | 1,200,000.00 |

Payable to:

| | |
|---|---|
| Bank | PKB Privatbank |
| Place | Via S Balestra 1<br>CH-6900-Lugano, Switzerland |
| Beneficiary | Glens Commercial Corp., Panama |
| IBAN | CH84 0866 3116 1026 0000 1 |
| BIC | PKBSCH2269A |

Terms of Payment:    30 Days

For and on Behalf of Glens Commercial Corp.

Avv. G. Colombo

Branch Office: Via Trevano 49, CH-6904, Lugano

Registered Office: Via General Nicanor A. de Obarrio (Calle 50) – Panama 5, RdP